IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | | |
|---|---|---|
| RUSTIN G. JACKSON, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:05-cv-369 |
| KNOX COUNTY, CITY OF KNOXVILLE, KNOXVILLE POLICE DEPARTMENT, and OFFICER PHIL MAJOR, | ) ) ) ) | |
| Defendants | ) | |

### **O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendants' motions to dismiss [Court Files #8, #12] are GRANTED and this action DISMISSED. In addition, plaintiff's motion to join defendants [Court File #13] and motion for subpoenas of discovery [Court File #16] are DENIED.

Order accordingly.

                                                        *s/ James H. Jarvis*
                                      UNITED STATES DISTRICT JUDGE